IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WESLEY RAY BALLEW                                                                                               PLAINTIFF

v.                                    Case No. 6:25-cv-06077

MONTGOMERY COUNTY
DETENTION CENTER                                                                                              DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on January 14, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 11). Judge Ford recommends that Plaintiff's complaint be dismissed without prejudice for failure to obey court orders and failure to prosecute. (ECF No. 11, at 2).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 11) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders and for failure to prosecute this case.

**IT IS SO ORDERED**, this 19th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] The Court notes that the Report and Recommendation was returned and marked as undeliverable, as was the Court's previous show cause order (ECF Nos. 10, 12).